264

**UNITED STATES of America,
Appellee,**

v.

**James Lee WARD, Appellant.**

**No. 9542.**

United States Court of Appeals
Fourth Circuit.

Argued Nov. 13, 1964.

Decided Dec. 7, 1964.

John E. Hall, North Wilkesboro, N. C. (McElwee & Hall, North Wilkesboro, N. C., on brief), for appellant.

William H. Murdock, U. S. Atty. (Henry E. Frye, Asst. U. S. Atty., on brief), for appellee.

Before SOBELOFF, Chief Judge, BRYAN, Circuit Judge, and THOMSEN, District Judge.

**PER CURIAM:**

Finding no substantial error, the judgment will be

Affirmed.

**UNITED STATES of America**

v.

**June E. KEGGES, Individually and Doing Business as Cal-Keg Realty Co., Appellant.**

**No. 14817.**

United States Court of Appeals
Third Circuit.

Argued Nov. 13, 1964.

Decided Dec. 23, 1964.

Daniel M. Berger, Pittsburgh, Pa. (Morris M. Berger, Berger & Berger, Pittsburgh, Pa., on the brief), for appellant.

Robert E. Tucker, Asst. U. S. Atty., Pittsburgh, Pa. (Gustave Diamond, U. S. Atty., Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and FORMAN and SMITH, Circuit Judges.

**PER CURIAM.**

A careful examination of the proceedings in this case discloses no error. Consequently the judgment below will be affirmed.

**UNITED STATES of America**

v.

**Michael J. PEPE, Appellant.**

**No. 14583.**

United States Court of Appeals
Third Circuit.

Argued Nov. 10, 1964.

Decided Dec. 23, 1964.

John P. Daley, Wilmington, Del. (Robert C. O'Hora, Wilmington, Del., on the brief), for appellant.

Stanley C. Lowicki, Asst. U. S. Atty., Wilmington, Del. (Alexander Greenfeld, U. S. Atty., Wilmington, Del., on the brief), for appellee.

Before BIGGS, Chief Judge, and FORMAN and SMITH, Circuit Judges.

**PER CURIAM.**

We have examined carefully the record in this case and have considered the arguments of counsel which have been thoroughly presented and vigorously urged. We can perceive no basis for reversing the judgment. Consequently, it will be affirmed, D.C., 209 F.Supp. 592.